IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CV426 |
| | ) | |
| $8,256.00 IN UNITED STATES CURRENCY, | ) | **ORDER** |
| | ) | **FOR DISMISSAL** |
| Defendant. | ) | |

NOW ON THIS 7th day of September, 2006, this matter comes on before the Court upon the parties' Stipulation for Dismissal (Filing No. 17). The Court reviews the file and the Stipulation, and, being duly advised in the premises, finds as follows:

1. The Defendant property has been named in an Indictment, filed in this Court at Case No. 8:06CR140. The forfeitability of the Defendant property will be adjudicated in that criminal case.

2. The parties' Stipulation for Dismissal should be approved.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The parties' Stipulation for Dismissal is here by approved.

B. This case is hereby dismissed without prejudice.

DATED: September 7, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge